IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Gretta Deckard, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:16-cv-2116 |
| Greenspoon Marder, PA, a Florida professional association, | ) |
| Defendant. | ) <u>Jury Demanded</u> |

## COMPLAINT

Plaintiff, Gretta Deckard, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, <u>et seq.</u> ("FDCPA"), for a finding that Defendant's debt collection actions violated the FDCPA, and to recover damages for Defendant's violations of the FDCPA, and alleges:

## JURISDICTION AND VENUE

1. This Court has jurisdiction, pursuant to § 1692k(d) of the FDCPA and 28 U.S.C. § 1331.

2. Venue is proper in this District because: a) the acts and transactions occurred here; b) Plaintiff resides here; and, c) Defendant transacts business here.

## PARTIES

3. Plaintiff, Gretta Deckard ("Deckard"), is a citizen of the State of Indiana, residing in the Southern District of Indiana, from whom Defendant attempted to collect a delinquent consumer debt that she allegedly owed to Westgate Lakes Owners Association.

4. Defendant, Greenspoon Marder, PA ("Greenspoon"), is a Florida

professional association, and law firm, that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Southern District of Indiana. In fact, Greenspoon was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Plaintiff.

## FACTUAL ALLEGATIONS

5. On February 28, 2007, Ms. Deckard and her husband filed a Chapter 7 bankruptcy petition in a matter styled In re: Deckard, S.D. Ind. Bankr. No. 07-01431-AJM-7A  Among the creditors included in the bankruptcy was Westgate Lakes for a vacation time-share in Florida.

6. Ms. Deckard received a discharge of her debts and on March 6, 2008 Westgate Lakes was sent notice that the bankruptcy was closed. A copy of this Notice is attached as Exhibit A.

7. Plaintiff's bankruptcy is a matter of public record, is on her credit reports, is in the files of the creditor and is readily discoverable by any competent debt collector via one of the bankruptcy "scrub" services such as Lexis/Nexis' Banko. In fact, Defendant Greenspoon had knowledge of the bankruptcy.

8. Nonetheless, Defendant Greenspoon sent Ms. Deckard a Notice of Default and Intent to Foreclose letter, dated March 2, 2016, demanding payment of $15,074 to the Westgate Lakes Owners Association for debts she allegedly owed prior to the bankruptcy. A copy of this collection letter is attached as Exhibit B.

9. Defendant's demand for payment of a debt that was no longer owed is a material violation of the FDCPA. After receiving a discharge, the receipt of a collection

2

letter made Plaintiff believe that her exercise of her rights through filing bankruptcy may have failed or been futile and that she did not have the right to the fresh start that Congress had granted her under the FDCPA and the Bankruptcy Code.

10. All of Defendant Greenspoon's collection actions at issue in this matter occurred within one year of the date of this Complaint.

11. Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard.  See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

## COUNT I
## Violation Of § 1692e Of The FDCPA --
## Demanding Payment Of A Debt That Is Not Owed

12. Plaintiff adopts and realleges ¶¶ 1-11.

13. Section 1692e of the FDCPA prohibits a debt collector from using any false and/or any deceptive or misleading representation or means in connection with the collection of a debt, including, but not limited to, the false representation of the character, amount or legal status of any debt, see 15 U.S.C. § 1692e(2)(A).

14. Demanding payment of a debt that is no longer owed, due to a bankruptcy, is false and/or deceptive or misleading, in violation of § 1692e of the FDCPA.  Randolph v. IMBS, Inc., 368 F3d 726, 728-730 (7th Cir. 2004).

15. Defendant Greenspoon's violation of § 1692e of the FDCPA renders it liable for actual and statutory damages, costs, and reasonable attorneys' fees.  See, 15 U.S.C. § 1692k.

## COUNT II
## Violation Of § 1692c(c) Of The FDCPA --
## Failure To Cease Communications And Cease Collections

16. Plaintiff adopts and realleges ¶¶ 1-12.

17. Section 1692c(c) of the FDCPA prohibits a debt collector from communicating with a consumer after a direction to cease communications, and from continuing to demand payment of a debt that the consumer has indicated that they refuse to pay. See, 15 U.S.C. § 1692c(c).

18. Here, the bankruptcy and the notices issued by that court provided notice to cease communications and cease collections. By communicating regarding this debt and demanding payment (Exhibit B), Defendant violated § 1692c(c) of the FDCPA.

19. Defendant Greenspoon's violation of § 1692c(c) of the FDCPA renders it liable for actual and statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

### PRAYER FOR RELIEF

Plaintiff, Gretta Deckard, prays that this Court:

1. Find that Defendant Greenspoon's debt collection actions violated the FDCPA;

2. Enter judgment in favor of Plaintiff Deckard, and against Defendant, for actual and statutory damages;

3. Award Plaintiff her costs and reasonable attorneys' fees; and,

4. Grant such further relief as deemed just.

### JURY DEMAND

Plaintiff, Gretta Deckard, demands trial by jury.

        Gretta Deckard,

        By:<u>/s/ David J. Philipps</u>
        One of Plaintiff's Attorneys

Dated: August 5, 2016

David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angiekrobertson@aol.com

Steven J. Halbert    (Ind. Bar No. 14254-02)
11805 N. Pennsylvania Street
AmeriCenters Building
Carmel, Indiana 46032
(317) 706-6762
(317) 706-6763 (FAX)
shalbertlaw@aol.com