# GreenspoonMarder LAW

Capital Plaza I, Suite 500
201 East Pine Street
Orlando, Florida 32801-2718

March 2, 2016
*Via Certified/Registered Mail & First Class Mail*

### NOTICE OF DEFAULT AND INTENT TO FORECLOSE

TO:    Gretta L Deckard
       ▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮ IN ▮▮▮▮▮

Re:    WESTGATE LAKES OWNERS ASSOCIATION, INC.
       Account No. ▮▮▮▮▮     Our File No ▮▮▮▮▮ (SMITH)

Dear Gretta L Deckard:

Pursuant to Section 721.855, Florida Statutes, the undersigned Trustee as appointed by **WESTGATE LAKES OWNERS ASSOCIATION, INC.** (hereinafter referred to as "Westgate") hereby formally notifies you that you are in default due to your failure to pay the assessments due on **April 1, 2006** under the Declaration (as defined below), and you now owe Westgate **$15,074.14**, which amount includes interest, late fees, and other charges. Additional interest continues to accrue at the rate of **$3.76** per day. A lien for the aforesaid amount has been recorded against the following real property located in Orange County, Florida:

> 1 Time Share Interest(s) as defined in the Declaration of Covenants, Conditions and Restrictions for Westgate Lakes, Official Records Book 5020, at Page 327, of the Public Records of Orange County, Florida (the "Plan"), and all amendment(s) thereto, if any.
>
> Together with the right to occupy, pursuant to the Plan, Building-Unit(s) **2400-2432**, during Unit Week(s) **40**, during Assigned Year(s) - **WHOLE**.
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (herein "Time Share (Property) Address")

As a result of the aforementioned default, **Westgate** hereby elects to sell the Property pursuant to Section 721.855, Florida Statutes. Please be advised that in the event that the debt owed to **Westgate** is not paid, the undersigned Trustee shall proceed with the sale of the Property as provided in Section 721.855, Florida Statutes. Pursuant to Section 721.855, Florida Statutes, the undersigned Trustee shall: (1) Provide you with written notice of the sale, including the date, time and location thereof; (2) Record the notice of sale in the Public Records of Orange County, Florida; and (3) Publish a copy of the notice of sale two (2) times, once each week, for two (2) successive weeks, in an Orange County newspaper, provided such a newspaper exists at the time of publishing.

If you fail to cure the default as set forth in this notice or take other appropriate action with regard to this foreclosure matter, you risk losing ownership of your timeshare interest through the trustee foreclosure procedure established in Section 721.855, Florida Statutes. You may choose to sign and send to the undersigned trustee the enclosed objection form, exercising your right to object to the use of the trustee foreclosure procedure. Upon the undersigned trustee's receipt of your signed objection form, the foreclosure of the lien with respect to the default specified in this notice shall be subject to the judicial foreclosure procedure only. You have the right to cure your default in the manner set forth in this notice at any time before the trustee's sale of your timeshare interest. If you do not object to the use of the trustee foreclosure procedure, you will not be subject to a deficiency judgment even if the proceeds from the sale of your timeshare interest are insufficient to offset the amounts secured by the lien.

Aventura | Boca Raton | Ft. Lauderdale | Miami | Naples | Orlando | Port St. Lucie | Tampa | West Palm Beach



EXHIBIT B

## FAIR DEBT COLLECTION PRACTICES ACT DISCLOSURE

This is a communication from a debt collector. Specifically, this law firm is the Debt Collector. The Debt Collector can be contacted through the information provided at the top of this letter. The Debt Collector is attempting to collect a debt and any information obtained will be used for that purpose.

Pursuant to 15 U.S.C. §1692g (the Fair Debt Collection Practices Act), the Debt Collector hereby discloses the following information:

1. The Debt Collector is attempting to collect a debt and any information obtained will be used for that purpose.

2. The name of the creditor to whom the debt is owed is: **WESTGATE LAKES OWNERS ASSOCIATION, INC**

3. As of the date of this letter, the amount of the debt you owe is **$15,074.14**. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check or payment. For further information, write the Debt Collector, or call the creditor at 1-800-375-8122 (within the United States or 1-407-355-2002 (international).

4. Unless you, within thirty days after receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the Debt Collector;

5. If you notify the Debt Collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the Debt Collector will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by the Debt Collector;

6. Upon your written request within the thirty-day period, the Debt Collector will provide you with the name and address of the original creditor, if different from the current creditor.

Very truly yours,
GREENSPOON MARDER, P.A., Trustee

By: _____
   Amanda L. Chapman

SBW/gd

Greenspoon Marder, P.A., Trustee
201 E. Pine Street, Suite 500
Orlando, FL 32801

Re:    WESTGATE LAKES OWNERS ASSOCIATION, INC.

        Building/Unit **2400-2432** / Week **40** / Assigned Year **WHOLE**
        Our File No        (SMITH)

Dear Trustee,

        The undersigned obligor(s) exercises the obligor's right to object to the use of the trustee foreclosure procedure contained in section 721.855, Florida Statutes.

_____        Dated: _____

**Gretta L Deckard**

k:foreclosure\27669.wg lakes hoa (nj)\smith.506\nodv.1-smith